# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGE,
# COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br>ULISES CERVANTES,<br>JUAN CARLOS TORRE-ARZAPALO,<br>MARQUEZ HOLLOWAY,<br>DERRICK PORTER,<br>    Defendants. | CASE NO.: 4:24-cr-00018-CDL-CHW-2 |

## ORDER

Defendants were indicted on August 14, 2024, ECF No. 1, and arraigned on October 24, 2024, ECF No. 60. A pretrial conference is currently scheduled for August 5, 2025. The Parties jointly ask to continue the case. Specifically, Defendants need additional time to review the voluminous discovery, including the supplemental discovery and possible defenses with counsel, and to discuss possible resolutions with the Government.

IT IS HEREBY ORDERED that the above-referenced matter to be continued to next term of Court set for **December 2025**, and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended on that time. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and Defendants in a speedy trial because failure to grant such continuance could result in a miscarriage of justice and would deny counsel for Defendants and the Government the reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(7(A)-(B). The delay occasioned by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

SO ORDERED, this 18th day of July, 2025.

                                                 S/Clay D. Land
                                                 CLAY D. LAND
                                                 U.S. DISTRICT COURT JUDGE
                                               MIDDLE DISTRICT OF GEORGIA